UNITED STATES OF AMERICA
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 3:25-MJ-38 SJF |
| | ) | **FILED UNDER SEAL** |
| NEIL LACHMUND | ) | |

## MOTION TO SEAL COMPLAINT

Comes now the United States of America, by its counsel, Tina L. Nommay, Acting United States Attorney for the Northern District of Indiana, through Hannah T Jones, Assistant United States Attorney, and moves this Honorable Court for an order SEALING the complaint until further order of this Court, with the limited exception that agents be permitted to enter Defendant's arrest warrant information into the NCIC database.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By:   s/ Hannah T  Jones
      Hannah T Jones
      Assistant United States Attorney
      Robert A. Grant Federal Building
      204 S. Main Street, Room MO-1
      South Bend, Indiana 46601
      Telephone: (574) 236-8287
      Email: hannah.jones@usdoj.gov