UNITED STATES OF AMERICA
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 3:25-MJ 38 SJF |
| | ) | **FILED UNDER SEAL** |
| NEIL LACHMUND | ) | |

## ORDER

The United States of America, by its counsel, Tina L. Nommay, Acting United States Attorney for the Northern District of Indiana, through Hannah T Jones, Assistant United States Attorney, having moved this Court for an order SEALING this complaint until further order of this Court, with the limited exception that agents be permitted to enter Defendant's arrest warrant information into the NCIC database.

IT IS HEREBY ORDERED that said Motion is GRANTED and the Clerk is directed to seal this case until further order of this Court, with the limited exception that agents be permitted to enter Defendant's arrest warrant information into the NCIC database.

Dated: 3/21/2025

s/Scott J. Frankel
Hon. Scott J. Frankel
U.S. Magistrate Judge