# United States District Court
## Northern District of Indiana

## APPEARANCE

UNITED STATES OF AMERICA,
   *Plaintiff*

   v.                    **CASE NUMBER** 3:25-MJ-38

NEIL LACHMUND,
   *Defendant*

To the Clerk of this court and all parties of record:

   I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(b), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

   Enter my appearance as counsel in this case for <u>Defendant, Neil Lachmund</u>

| | |
|---|---|
| <u>3/24/2025</u> | <u>/s/ David K. Payne</u> |
| *Date* | *Signature* |
| | |
| | <u>David K. Payne</u> |
| | *Print Name* |
| | |
| | <u>27287-46</u> |
| | *Indiana Attorney Registration Number* |
| | |
| | <u>126 E. Fifth St., P.O. Box 1006</u> |
| | *Address* |
| | |
| | <u>Michigan City, IN 46361-8206</u> |
| | *City          State          Zip Code* |
| | |
| | <u>219-872-2100</u> |
| | *Phone Number* |
| | |
| | <u>219-873-9163</u> |
| | *Fax Number* |
| | |
| | <u>dpayne@braje-nelson.com</u> |
| | *e-mail address* |